



# MEMORANDUM OPINION

No. 04-10-00764-CV

**IN RE GMG HEALTH SYSTEMS ASSOCIATES, PA d/b/a Gonzaba Medical Group,**
**Relator**

Original Mandamus Proceedings[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Steven C. Hilbig, Justice

PETITION FOR WRIT OF MANDAMUS DENIED

On October 22, 2010, relator filed a petition for writ of mandamus. This court has determined that relator is not entitled to the relief sought. Therefore, the petition is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-04044, styled *Olga Zamora, Individually and as Representative of the Estate of Jeffrey Zamora v. GMG Health Systems Associates, PA d/b/a Gonzaba Medical Group*, pending in the 408th Judicial District Court, Bexar County, Texas. The Honorable Larry Noll is the presiding judge of the 408th Judicial District Court; however, the Honorable Michael Peden, presiding judge of the 285th Judicial District Court, Bexar County, Texas, signed the order at issue in this proceeding.